

**KANSAS COPTERS & SCHREIB-AIR**

Located at the Augusta Municipal Airport (3AU)
4800 W. Beech Drive, Suite 8
Augusta, KS 67010
Voice (316) 733-0109
Fax (316) 733-0133
Toll Free 888-2-COPTER (888-226-7837)
www.2copter.com

21 March 2008
Hand Delivered / Augusta, KS

EXHIBIT B

Dear Mr. Dressler:

We have a position for that of a full time A&P mechanic. We are looking for an individual that has a "what ever it takes" attitude. Your primary function would be to work as an A&P mechanic. All of our employees are responsible for facility maintenance and janitorial duties. We do whatever it takes to take care of our customers with the highest regard for safety. We don't cut corners. We don't take unnecessary chances. You may be required to have non standard days off and at times may be required to adjust your work hours and or days off. You may be required to work on your days off and/or holidays from time to time. You will be required to travel and attend courses as needed by the company. There is no guarantee as to the duration or terms of your employment. Additionally, since we have numerous clients and trade secrets you will be required to agree and sign a non compete agreement.

Should you terminate your employment we require a thirty (30) day advance notice. Any notice of less than thirty (30) days and/or employment of less than three years would require for you to reimburse the company(s) any funds spent on your training, attending courses, and any other expenses that the company(s) paid on your behalf to include your pay/salary while receiving training or attending courses.

As such, the starting salary for this overtime exempt position considering your qualifications is $600.00 per week. The paid holidays that we observe are New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving, and Christmas. Compensatory time is earned hour for hour for every hour in excess of Sixty (60) hours per work week. Compensatory time may be earned and/or paid and/or rolled over after one year of employment. Compensatory time after one year of continued employment may be used for sick leave, personal business or extra vacation time. The company(s) reserve the right to withhold compensatory time and/or regular pay, and/or vacation time and/or holiday pay in the amount equal to what the company(s) have paid for aforementioned training and expenses, etc., until you have served at least three (3) years continued employment. We provide for one week of paid vacation after one year of continued employment. Additional bonuses or benefits may offered depending corporate revenues. If you are willing to accept this position please sign where indicated below.

Sincerely,

_____
Emil W. "CHUCK" Schreiber
President

I understand and agree to the terms and conditions aforementioned.

_____
David W. Dressler, EMPLOYEE

**Factory Authorized Robinson Helicopter Dealer & Service Center**
**LaserGrade FAA Test Center**